**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Carlos SOTO–ARANJO, Defendant–Appellant**

**No. 15-41459**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/27/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Carlos Soto–Aranjo, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Soto–Aranjo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Soto-Aranjo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.